MICHAEL J. BROWN, DEFENDANT IN ERROR, v. WOLF-
GANG WINTER, PLAINTIFF IN ERROR.

Submitted December 11, 1911—Decided March 4, 1912.

On error to the Supreme Court, whose opinion is reported in
51 *Vroom* 632.

For the plaintiff in error, *Howe & Davis.*

For the defendant in error, *Charles F. Lighthipe.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Bergen in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, SWAYZE, TRENCHARD, VOORHEES, MINTURN, KA-
LISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE,
TREACY, JJ.    14.

*For reversal*—None.